OPINION — AG — YOU STATE: "SOME COUNTY SEAT TOWNS DO NOT HAVE POSTAL DELIVERY SERVICE, AND IT HAS BEEN PRACTICE OF COUNTY OFFICERS RECEIVING MONEY THROUGH THE MAILS, PARTICULARLY COUNTY TREASURERS, TO RENT POST OFFICE BOXES, IN ORDER, AS THEY STATE, TO AFFORD GREATER SECURITY FOR PUBLIC FUNDS ENTRUSTED TO THEIR CUSTODY AND CARE" * * * IS THIS LEGAL? ANSWER: NOT ILLEGAL CITE: 68 O.S. 1961 289 [68-289] (FRED HANSEN)